UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROXETTE VELAZQUEZ,**

   *Plaintiff,*

v.                                                          8:24-cv-421-KKM-AAS

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

   *Defendant.*
_____/

### NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on June 6, 2024.

                                                  /s/ *Fethullah Gulen*
                                                Fethullah Gulen, Esq.
                                                Florida Bar Number: 1045392
                                                Seraph Legal, P. A.
                                                2124 W Kennedy Blvd., Suite A
                                                Tampa, FL 33606
                                                (813) 567-1230
                                                FGulen@SeraphLegal.com
                                                *Counsel for Plaintiff*

Case 8:24-cv-00421-KKM-AAS   Document 22   Filed 06/06/24   Page 2 of 2 PageID 95

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392