# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROXETTE VELAZQUEZ,**

   *Plaintiff*,

**v.**                                            **Case No. 8:24-cv-421-KKM-AAS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

   *Defendant*.

_____/

## STIPULATION FOR DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Roxette Velazquez, and Defendant, Experian Information Solutions, Inc., by and through their undersigned counsel, stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated August 6, 2024.

| | |
|---|---|
| */s/ Fethullah Gulen* | */s/ Maria H. Ruiz* |
| Fethullah Gulen, Esq. | Maria H. Ruiz |
| Florida Bar No. 1045392 | Florida Bar No. 182923 |
| Seraph Legal, P.A. | Kasowitz Benson Torres LLP |
| 2124 W. Kennedy Blvd., Ste. A | 1441 Brickell Avenue, Suite 1420 |
| Tampa, FL 33606 | Miami, FL 33131 |
| FGulen@Seraphlegal.com | Telephone: (786) 587-1044 |
| (813)-433-1010 | Facsimile: (305) 675-2601 |
| Counsel for Plaintiff | MRuiz@Kasowitz.com |
| | Attorneys for Experian |

## CERTIFICATE OF SERVICE

 I hereby certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

               /s/ *Fethullah Gulen*
               Fethullah Gulen
               Florida Bar Number: 1045392